1   Susan Gibbs, Esq., Cal. Bar No. 201331
    Law Office of Susan Gibbs
2   327 Connecticut Street
    San Francisco, CA 94107
3   Telephone: 415.206.1425
    Facsimile: 510.323.8023
4   Email: susan_gibbs@me.com

5   Attorneys for Plaintiff:
    ROBERT CRUZ

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9
    ROBERT CRUZ,                      )   Case No.: CV-10-2503 SBA
10                                    )   Civil Rights
              Plaintiff,             )
11                                    )
         vs.                          )
12                                    )
                                      )
13  CITY AND COUNTY OF SAN            )   NOTICE OF
    FRANCISCO, and Does 1-10, Inclusive, )  WITHDRAWAL/SUBSTITUTION OF
14                                    )   COUNSEL; ~~PROPOSED~~ ORDER
              Defendants             )
15                                    )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18  _____ )

19      **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

20  Please take note that Plaintiff ROBERT CRUZ hereby substitutes Susan Gibbs as sole counsel

21  for plaintiff in this matter, in the place and stead of Julie Ostil. Julie Ostil hereby withdraws

22  from this matter and will no longer represent plaintiff in this case.

23      The name, office address, telephone number, and facsimile number of the substituted

24  counsel are:

25                  Susan Gibbs, Esq.
                    Law Office of Susan Gibbs
26                  327 Connecticut Street
                    San Francisco, CA 94107
27                  Telephone:   415.206.1425
                    Facsimile:   415.691.6573
28

    Substitution/Withdrawal of Counsel: Case No. CV-10-2503 SBA

1  | Plaintiff Robert Cruz consents to this Withdrawal/Substitution of Counsel.

2  | Dated: _____, 2011

3

4  |                                                    _____
   |                                                    Plaintiff ROBERT CRUZ

5

6  | Julie Ostil of the Law Office of Julie A. Ostil consents to this Withdrawal/Substitution of

7  | Counsel.

8

9  | Dated: _____, 2011                   JULIE A. OSTIL
   |                                            LAW OFFICE OF JULIE A. OSTIL

10

11 |                                            /s/ Julie A. Ostil_____
   |                                            Attorneys for Plaintiff
12 |                                            ROBERT CRUZ

13

14 | Susan Gibbs of the Law Office of Susan Gibbs consents to this Withdrawal/Substitution of

15 | Counsel.

16 | Dated: _____, 2011                   SUSAN GIBBS
   |                                            LAW OFFICE OF SUSAN GIBBS

17

18

19 |                                            /s/ Susan Gibbs _____
   |                                            Attorneys for Plaintiff
20 |                                            ROBERT CRUZ

21

22 |                           **ORDER**

23 | It is so ordered.

24 | Dated: 4/18/11

25 |                                            _____
   |                                            Hon. Saundra Brown Armstrong
26 |                                            U.S. District Judge

27

28

Substitution/Withdrawal of Counsel: Case No. CV-10-2503 SBA